# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA RODRIGUEZ,<br><br>    Plaintiff,<br><br> v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 19-00711-JEM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: March 23, 2020

                */s/ John E. McDermott*
                JOHN E. MCDERMOTT
               UNITED STATES MAGISTRATE JUDGE